UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| CHRISTOPHER ALLEN WITHALL, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | 1:12-cv-00367-DBH |
| | ) | |
| SOMERSET COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants | ) | |

**RECOMMENDED DECISION**

On November 30, 2012, Christopher Allen Withall filed a complaint against the Somerset County Jail and others. His complaint was accompanied by an application to proceed without prepayment of the filing fee. On December 5, 2012, I issued an Order granting Plaintiff *in forma pauperis* status and directed that he notify the Court no later than December 26, 2012, of his intent to proceed with this action. I advised Plaintiff that his complaint was particularly susceptible to dismissal because it had not been signed. A copy of the signature page was attached to the order and plaintiff was directed to return a signed signatory page if he elected to proceed with the litigation. (Order Granting Leave to Proceed in Forma Pauperis, ECF No. 3 at 2.)

Plaintiff was informed that should he fail to fully comply with the Order I would issue a recommendation that the action be dismissed. As of today's date, Plaintiff has failed to notify the Court of his intention to proceed or supply a signed signatory page.

Accordingly, it is recommended that the Complaint be **DISMISSED** for plaintiff's failure to prosecute this action, including his failure to provide a signed complaint to the court.

## NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) (1993) for which *de novo* review by the district court is sought, together with a supporting memorandum, within fourteen (14) days of being served with a copy thereof. A responsive memorandum shall be filed within fourteen (14) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

January 10, 2013

/s/ Margaret J. Kravchuk
U.S. Magistrate Judge