# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **CHRISTOPHER ALLEN WITHALL,** ) <br> ) <br> **PLAINTIFF** ) <br> ) <br> v. ) <br> ) <br> **SOMERSET COUNTY JAIL,** ) <br> **ET AL.,** ) <br> ) <br> **DEFENDANTS** ) | **CIVIL NO. 1:12-CV-367-DBH** |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On January 10, 2013, the United States Magistrate Judge filed with the court, with a copy to the petitioner, her Recommended Decision. The United States Postal Service returned the court's mailing to the plaintiff as undeliverable on January 18, 2013. The time within which to file an objection expired on January 28, 2013.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The complaint is **DISMISSED** for the plaintiff's failure to prosecute this action, including his failure to provide a signed complaint to the court.

**SO ORDERED.**

**DATED THIS 5TH DAY OF FEBRUARY, 2013**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**